IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Liberty Shipholding, Inc., | § |
| Plaintiff, | § CIVIL ACTION 1:21-cv-01265-UNA |
| v. | § IN ADMIRALTY, Rule 9(h) |
| Western Bulk Carriers AS, | § |
| Defendant, | § |
| and | § |
| CEMEX Construction Materials Atlantic, LLC, *et al.*, | § |
| Garnishees. | § |

**MOTION AND MEMORANDUM FOR APPOINTMENT
FOR SERVICE OF PROCESS OF MARITIME
ATTACHMENT AND GARNISHMENT**

Plaintiff Liberty Shipholding, Inc. moves, pursuant to Supplemental Rule B(1)(d)(ii), for an Order appointing Timothy Jay Houseal, or any other qualified person appointed by him, to serve process of maritime garnishment, and any supplemental process in this matter.

Supplemental Rule B(1)(d)(ii) provides in pertinent part as follows:

> If the property is other tangible or intangible property, the summons, process, and any supplemental process must be delivered to a person or organization authorized to serve it, who may be (A) a marshal; (B) someone under contract with the United States; (C) **someone specially appointed by the court for that purpose**; or, (D) in an action brought by the United States, any officer or employee of the United States.

(Emphasis added).

As further grounds for this motion, Plaintiff states that service of the maritime garnishment writs issued in this case will be straightforward, on garnishees located in this

District.  Utilizing private process service will conserve the resources of the United States Marshal.

Plaintiff will, upon service, promptly cause returns of service to be filed in this case.

WHEREFORE, Plaintiff respectfully requests this Court to grant this motion and herewith submits a draft order.

                        YOUNG CONAWAY STARGATT & TAYLOR LLP

                        */s/ Timothy Jay Houseal*
                        Timothy Jay Houseal (Del. Bar ID No. 2880)
                        Rodney Square
                        1000 North King Street
                        Wilmington, DE 19801
                        (302) 571-6682
                        thouseal@ycst.com

                        Liberty Shipholding, Inc. Counsel

**OF COUNSEL**
J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:     (410) 510-1789
jssimms@simmsshowers.com

Dated: September 3, 2021.