IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Liberty Shipholding, Inc., | § § § | |
| Plaintiff, | § § § | CIVIL ACTION 1:21-cv-01265-UNA |
| v. | § § § | IN ADMIRALTY, Rule 9(h) |
| Western Bulk Carriers AS, | § § | |
| Defendant, | § § § | |
| and | § § | |
| CEMEX Construction Materials Atlantic, LLC | § § | |
| CEMEX Construction Materials Florida, LLC | § § | |
| CEMEX Construction Materials Houston, LLC | § § | |
| CEMEX Construction Materials Pacific, LLC | § § | |
| CEMEX Construction Materials South, LLC | § § | |
| CEMEX Corp.. | § § | |
| CEMEX Southeast LLC | § § | |
| Nitron Group LLC | § § | |
| Livingston International, Inc. | § § | |
| CSC Sugar, LLC, | § § | |
| Garnishees. | § § | |

## **ORDER**

Plaintiff, having moved for an Order pursuant to Supplemental Rule B(1)(d)(ii) appointing Timothy Jay Houseal, or any other qualified person appointed by him, to serve the process of maritime attachment and garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDERED, that Timothy Jay Houseal, or any other person at least 18 years of age and not a party to this action, appointed by him be and hereby is, appointed to serve the Process of Maritime Attachment and Garnishment, and a copy of the Verified Complaint as issued in this case.

IT IS SO ORDERED this 3rd day of September 2021.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge