IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Liberty Shipholding, Inc., § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO.: 21-cv-1265-RGA |
| § | |
| v. § | IN ADMIRALTY, Rule 9(h) |
| § | |
| Western Bulk Carriers AS, et al., § | |
| § | |
| Defendant and Garnishees. § | |

## NOTICE OF SERVICE

I hereby certify that, on September 7, 2021, Process of Maritime Attachment and Garnishment, along with a copy of the Verified Complaint, this Court's Order for the issuance of the writ, and Interrogatories to the Garnishees were served on Corporate Creations Network, Inc., 3411 Silverside Road, Tatnall Building, Ste. 104, Wilmington, DE 19810, Registered Agent for Garnishees Cemex Construction Materials Atlantic, LLC, Cemex Construction Materials Florida, LLC, Cemex Construction Materials Houston, LLC, Cemex Construction Materials Pacific, LLC, Cemex Construction Materials South, LLC, Cemex Corp., and Cemex Southeast LLC by Federal Express. A copy of the Federal Express delivery confirmation is attached hereto as Exhibit A.

I further certify that, on September 7, 2021, Process of Maritime Attachment and Garnishment, along with a copy of the Verified Complaint, this Court's Order for the issuance of the writ, and Interrogatories to the Garnishee were served on Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808, Registered Agent for Garnishee Nitron Group LLC by Federal Express. A copy of the Federal Express delivery confirmation is attached hereto as Exhibit B.

I further certify that, on September 7, 2021, Process of Maritime Attachment and Garnishment, along with a copy of the Verified Complaint, this Court's Order for the issuance of the writ, and Interrogatories to the Garnishees were served on The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, Registered Agent for Garnishees Livingston International, Inc. and CSC Sugar, LLC by Federal Express. A copy of the Federal Express delivery confirmation is attached hereto as Exhibit C.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Timothy Jay Houseal*
_____
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

*Attorneys for Liberty Shipholding, Inc.*

**OF COUNSEL**
J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:     (410) 510-1789
jssimms@simmsshowers.com

Dated: September 9, 2021



September 08, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774732231640

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.SWELTZ | **Delivery Location:** | 3411 SILVERSIDE RD 104 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | WILMINGTON, DE, 19810 |
| | | **Delivery date:** | Sep 7, 2021 08:44 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774732231640 | **Ship Date:** | Sep 4, 2021 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Resident Agent, CORPORATE CREATIONS NETWORK INC.
3411 SILVERSIDE ROAD
TATNALL BUILDING STE 104
WILMINGTON, DE, US, 19810

**Shipper:**
J. Stephen Simms, Simms Showers LLP
201 International Circle
Suite 230
HUNT VALLEY, MD, US, 21030

**Reference**     Liberty - Western Bulk



Thank you for choosing FedEx



September 08, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774732242751

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | P.AUL SISOFO | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | Wilmington, DE, |
| | | **Delivery date:** | Sep 7, 2021 08:51 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774732242751 | **Ship Date:** | Sep 4, 2021 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**  
Wilmington, DE, US,

**Shipper:**  
HUNT VALLEY, MD, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx



September 08, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774732238222

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | P.DUFFY | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | WILMINGTON, DE, |
| | | **Delivery date:** | Sep 7, 2021 09:21 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 774732238222 | **Ship Date:** | Sep 4, 2021 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**  
WILMINGTON, DE, US,

**Shipper:**  
HUNT VALLEY, MD, US,

**Reference**  Liberty Shipholding Western

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx